## 2

**WESTERN UNION TELEGRAPH COMPANY, Plaintiff in Error. v. Alma HUNTER, a Widow, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. January 23, 1926.)

No. 4516.

In Error to the District Court of the United States for the Southern District of Florida; Lake Jones, Judge.

For opinion below, see 2 F.(2d) 266.

A. G. Turner and John B. Sutton, both of Tampa, Fla. (Francis R. Stark, of New York City, and Peter O. Knight, C. Fred Thompson, A. G. Turner, and Kelly & Sutton, all of Tampa, Fla., on the brief), for plaintiff in error.

S. S. Sandford, of Tampa, Fla., and Fred J. Hampton, of Gainesville, Fla., for defendant in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The plaintiff in error complains of instructions given by the court to the jury on the question of the measure of damages. Those instructions were not excepted to. What is relied on for a reversal is not properly presented for review.

The judgment is affirmed.